UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM PHILLIPS,

       Plaintiff,

  -v-            No. 5:13-CV-927

NEW YORK STATE; and DISTRICT
ATTORNEY,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:        OF COUNSEL:

WILLIAM PHILLIPS
Plaintiff pro se
11 Greenbush Street
Cortland, NY 13045

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

Plaintiff brought this action pursuant to 42 U.S.C. § 1983. On September 30, 2013, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, advised, by Report-Recommendation, sua sponte dismissal of the complaint with prejudice. Plaintiff timely filed objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Plaintiff's complaint is DISMISSED in its entirety with prejudice;

2. The Clerk is directed to file a judgment accordingly; and

3. The Clerk is directed to serve a copy of this Decision and Order upon the parties in accordance with the Local Rules.

IT IS SO ORDERED.

_____
United States District Judge

Dated: October 17, 2013
       Utica, New York.